Case 1:21-cv-09621-LGS   Document 5   Filed 01/20/22   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISA TAKACS,<br><br>        Plaintiff,<br><br>v.<br><br>COLUMBIA PROPERTY TRUST, INC., CONSTANCE B. MOORE, CARMEN M. BOWSER, JOHN L. DIXON, DAVID B. HENRY, MURRAY J. MCCABE, E. NELSON MILLS, MICHAEL S. ROBB, THOMAS G. WATTLES, and FINN WENTWORTH,<br><br>        Defendants. | Civil Action No. 1:21-cv-09621-LGS |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Melisa Takacs hereby voluntarily dismisses her claims in the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: January 20, 2022

                                        Respectfully submitted,

                                        By: */s/ Joshua M. Lifshitz*
                                        Joshua M. Lifshitz
                                        Email: jml@jlclasslaw.com
                                        **LIFSHITZ LAW FIRM, P.C.**
                                        1190 Broadway
                                        Hewlett, New York 11557
                                        Telephone: (516) 493-9780
                                        Facsimile: (516) 280-7376

                                        *Attorneys for Plaintiff*